UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
UNITED STATES OF AMERICA,

    - against -

CARLOS ESTEVEZ GONZALEZ,

        Defendant.
----------------------------------X

**ORDER**

19 Cr. 123-2(NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    Pursuant to the Criminal Justice Act, David Ruhnke is assigned to represent the defendant in substitution for Troy Archie and Genesis Peduto, who have previously been relieved.

Dated:    New York, New York
           August 11, 2020

                                          */s/ Naomi Reice Buchwald*
                                          NAOMI REICE BUCHWALD
                                          UNITED STATES DISTRICT JUDGE