# RUHNKE & BARRETT
ATTORNEYS AT LAW

47 PARK STREET
MONTCLAIR, N.J. 07042
973-744-1000
973-746-1490 (FAX)

29 BROADWAY
SUITE 1412
NEW YORK, N.Y. 10006
212-608-7949

DAVID A. RUHNKE davidruhnke@ruhnkeandbarrett.com   JEAN D. BARRETT jeanbarrett@ruhnkeandbarrett.com

REPLY TO <mark>MONTCLAIR</mark> OFFICE

August 21, 2020

LETTER-MOTION, ON CONSENT,
FOR BRIEF CONTINUANCE OF CONFERENCE DATE

Filed via ECF
Hon. Naomi Reice Buchwald, Senior U.S.D.J.
Moynihan United States Courthouse
500 Pearl Street
New York, N.Y. 10007

Re: United States v. Carlos Estevez-Gonzalez, 19-cr-00123 (NRB)

Dear Judge Buchwald:

I write, respectfully, with the consent of the United States, to seek an approximately 40-day continuance of the presently-scheduled September 1, 2020 status conference. I am specifically requesting that the Court re-set the conference for a convenient date and time during the first week of October. I will consent to the exclusion of time pursuant to the Speedy Trial Act. The Government consents to this request.

In support of this request, I note that the Court only recently (August 3) substituted me into this case and I am still early in the process of acquiring and reviewing discovery and the prior history of this litigation. The pandemic-related shut-down of MCC has made it impossible for me to meet with my new client, although we have had one telephone call. Thus, additional time is needed for me to participate meaningfully in any status conference.

Your Honor's time and attention to this matter are appreciated.

Respectfully yours,
/s/ David A. Ruhnke
David A. Ruhnke

```
Request granted.  The status
conference is adjourned to
October 14, 2020 at 10:30 a.m.
Speedy trial time is excluded
through that date. 18 U.S.C. §
3161(h)(7)(A).
SO ORDERED.
```

*Naomi Reice Buchwald (signature)*
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated:  August 24, 2020